UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANIA CHELSON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, d/b/a TARGET,<br><br>Defendant. | Case No. C26-00092-RSM<br><br>ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Proposed Protective Order, Dkt. #14.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

items that are entitled to confidential treatment under the applicable legal principles" as stated by Local Rule 26(c)(2).  Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'"  The parties listed as confidential "video surveillance footage within the store" and numerous "store policies," "procedures," "manuals," and "training materials," as well as "documents related to other similar store incidents" and "employee authored incident reports relating to the incident."

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential, and the Court does not wish to waste time denying future motions to seal.  Given the subject matter of Plaintiff's Complaint, *see gen*. Dkt. #1-4, every document or exhibit the parties submit in this case could be labeled as confidential.  The parties know what kinds of documents are at issue in this case and need not be this broad.  The parties submit no argument to justify this departure from the model protective order's guidelines.  Accordingly, the Court will deny the Proposed Order.

Having reviewed the briefing and remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Proposed Protective Order, Dkt. #14, is DENIED.

DATED this 28th day of May, 2026.

Ricardo S. Martinez
United States District Judge

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 2